## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Calvin Leslie

_____
Plaintiff/Petitioner,

**Application to proceed in forma pauperis by an inmate at Northern Nevada Correctional Center or Lovelock Correctional Center**

v.

LANDER County Sheriff
_____
Defendant/Respondent.

**Case Number:**

I, __Calvin Leslie__, declare that I am the (check the appropriate box)

☒ Plaintiff (filing 42 U.S.C. § 1983)

☐ Petitioner (filing petition for writ of habeas corpus, 28 U.S.C. §§ 2254 or 2241)

☐ Movant (filing 28 U.S.C. § 2255 motion)

☐ Other

in this case. I am unable to prepay the fees of this proceeding or give security because of my poverty. I acknowledge and consent that a portion of any recovery, as directed by the court, shall be paid to the clerk for reimbursement of all fees incurred by me as a result of being granted leave to proceed *in forma pauperis*.

In further support of this application, I declare under penalty of perjury, *see* 28 U.S.C. § 1746 and 18 U.S.C. § 1621, that the following answers are true and correct.

1. Are you currently incarcerated? __✓__ Yes ____ No (if "no" do not use this form)

   a. Where are you currently incarcerated (name of prison/jail)?
   __Lovelock Correctional Center__

   b. What is your prison/jail identification number? __1270787__

2. Are you currently employed (includes prison employment)? ____ Yes __✓__ No

   a. If "yes," state the amount of your pay <u>and</u> your employer.
   __N/A__

   b. If "no," state the date of your last employment and the amount of pay per month you received. __N/A__

Page 1 of 4

Effective 4/14/2025

3.  Have you received any money from the following sources over the last 12 months?

    a.  Business, profession, or other form of self-employment?  ___ Yes  ✓ No

    b.  Rent payments, interest, or dividends?  ___ Yes  ✓ No

    c.  Pensions, annuities, or life insurance payments?  ___ Yes  ✓ No

    d.  Gifts or inheritances?  ___ Yes  ✓ No

    e.  Disability or social security payments?  ___ Yes  ✓ No

    f.  Any other sources?  ___ Yes  ✓ No

If the answer to any of the above is "yes," describe each source of money, state the amount received, and what you expect you will continue to receive.

4.  Do you have cash (including balance of checking or savings accounts outside of prison/jail and any funds in prison/jail accounts)?  ___ Yes  ✓ No

    a.  If "yes," state the amount (do not include your account numbers):

    _____

5.  Do you own or have any interest in any real estate, stocks, bonds, securities, trusts, other financial instruments, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ___ Yes  ✓ No

    a.  If "yes," describe the property and state the value: _____

6.  Have you placed any property, assets, or money in the name or custody of anyone else in the last two years?  ___ Yes  ___ No

    a.  If "yes," give the date, describe the property, assets, or money, give the name of the person given custody of the item, and the reason for the transfer.

    _____ N/A _____

    _____

7.  List the people who are dependent upon you for support, state your relationship to those people, and indicate how much you contribute toward their support each month.

    _____ N/A _____

    _____

    _____

Effective 4/14/2025

## FINANCIAL ACKNOWLEDGEMENT

This form must be dated and signed below for the court to consider your application.

I hereby authorize the agency having custody of me to file with this court a copy of my trust fund account statement for activity covering the last six months. Additionally, once eligibility is established, I further authorize the agency having custody of me to collect from my trust fund account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b).

I understand that:

1.  If I commence a petition for writ of habeas corpus in federal court pursuant to 28 U.S.C. § 2254 or 2241, the filing fee is $5.00, and will have to be paid by me if the court denies my *in forma pauperis* application.

2.  If I commence a civil rights action in federal court pursuant to 42 U.S.C. § 1983, the filing fee is $405.00 (which includes the $350.00 filing fee and a $55.00 administrative fee), which I must pay in full. If the court denies my *in forma pauperis* application, I must pay the full filing fee of $405.00 before I will be allowed to proceed with the action.

3.  If I do **NOT** have $405.00 in my inmate trust fund account, before I will be allowed to proceed with an action, I will be required to pay 20% of my average monthly balance, or the average monthly deposits to my account, whichever is greater, and thereafter I must pay installments of 20% of the preceding month's deposits to my account in months that my account balance exceeds $10.00.

4.  I must continue to make installment payments until the $350.00 filing fee is fully paid, even if my action is closed or I am released from confinement. The $55.00 administrative fee will be waived only if I am granted permission to proceed *in forma pauperis*.

Applicant's Signature: _____

Prison/Jail Number: 1270787

Date: 11-17-25

Effective 4/14/2025

DATED AUG 10, 2025

# LETTER OF CONSENT

I, CALVIN JAMES LESLIE #1270787 FOUNDEr OF FAMILIES OF THE wrongfully CONVICTED RESEARCH CENTER BUSINESS TAX ID NO 32-0073700 IS HErEBy AUTHOrIZED TO SIGN On Behalf OF WILLIAM ORVAL GIBBONS# 14457 AS I AM COUNSEL SUbsItute PEr The AR 722.04.8 NDOC DepArtmentAL POLICY, AS I AM ASSIting HIM WITH HIS CASE under PENALTY OF PET IUTY THE FOLLOWING FACtS ArE TruE AND By OUr SIGnAtures make IT BINDING FOR 1 yEAr UntIL AUG 10,2026

MR. WILLIAM GIBBOns IS SIGnIng ThIS DOCUMent WILLIngly, Knowlingly voluntarily WITH NO threats or PrOMISES But By HIS OWN CONSENT TO AuthOrIZE The Founder

Calvin James Leslie #1270787
Founder

William Orval Gibbons
WILLIAM Orval GIBBONS

_Conner Samuels_
WITNESS

_____
WItness

_____
WItness

A COPY WILL BE GIVEN TO MR. GIBBOns FOR HIS personal RecOrds

# ELEVENTH JUDICIAL
# DISTRICT COURT



Jim C. Shirley
District Judge
Tel. (775) 273-2105
Fax (775) 273-4921

Kate Martin
Court Administrator
Tel. (775) 273-5128
kmartin@11thjudicialdistrictcourt.net

August 13, 2025

Calvin Leslie #1270787
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV  89419

Re:    Document Request
CR0005045

Dear Mr. Leslie:

Your correspondence indicates you are "counsel substitute" for William Orval Gibbons. First, we have received no documentation that your have been appointed by NDOC to assist Mr. Gibbons. Second, "counsel substitute" does not entitle one to the same information and privileges as a licensed attorney. Before we can provide you with anything other than that which has been designated public record, we must receive a copy of the documents declaring that Mr. Gibbons is unable to act on his own behalf and naming you counsel substitute.

Next in your request is a request for discovery. Please be advised that the court does not receive copies of the documents produced as discovery. The originals would be in the possession of either or both the District Attorney and/or defense counsel.

As to the trial transcripts, the Court charges $0.50 per page. At this point this office cannot estimate the cost for the trial transcripts as they are in cold storage and have not been digitized.

We are also in receipt of a subpoena to the Lander County Sheriff which you have asked the Clerk of the Court to issue. Only the parties to the lawsuit or their attorney may request the court to issue a subpoena. At this point in time we have no documentation declaring you counsel substitute to act in Mr. Gibbons' stead and therefore cannot issue the subpoena as requested.

Sincerely,

KATE MARTIN
Clerk of the Court

KMM/slb

☐ **Pershing County**
P.O. Box H
Lovelock, NV 89419
Tel.(775) 273-2410
Fax: (775) 273-2434

☐ **Lander County**
50 State Route 305
Battle Mountain, NV 89820
Tel.(775) 635-1332
Fax: (775) 635-0394

☐ **Mineral County**
P.O. Box 2390
Hawthorne, NV 89415-0400
Tel.(775) 945-0738
Fax: (775) 945-0706

# ELEVENTH JUDICIAL
# DISTRICT COURT



Jim C. Shirley
District Judge
Tel. (775) 273-2105
Fax (775) 273-4921

Kate Martin
Court Administrator
Tel. (775) 273-5128
kmartin@11thjudicialdistrictcourt.net

August 25, 2025

Calvin Leslie #1270787
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV  89419

        Re:    Document Request
                 CR0005045

Dear Mr. Leslie:

Thank you for your correspondence and a copy of the document declaring that Mr. Gibbons is unable to act on his own behalf and naming you counsel substitute.

As to the trial transcripts, the Court charges $0.50 per page. At this point this office cannot estimate the cost for the trial transcripts as they are in cold storage and have not been digitized. We are in the process of pulling the old file and getting the file digitized so we can give you a better estimate of the cost of the documents requested by you which are in the possession of the Court. I will advise you of the estimate upon the completion of the scanning of the documents in Mr. Gibbons' case.

Sincerely,

KATE MARTIN
Clerk of the Court

KMM/slb

☒**Pershing County**
P.O. Box H
Lovelock, NV 89419
Tel. (775) 273-2410

☐**Lander County**
50 State Route 305
Battle Mountain, NV 89820
Tel. (775) 635-1222

☐**Mineral County**
P.O. Box 2390
Hawthorne, NV 89415-0400
Tel. (775) 945-0728