1

2

3                          UNITED STATES DISTRICT COURT

4                              DISTRICT OF NEVADA

5                                     * * *

6    CALVIN LESLIE,                              Case No. 3:25-cv-00659-MMD-CLB

7                          Plaintiff,            ORDER

         v.

8    JAMES W. WILSON, *et al.*,

9
                         Defendants.
10

11          Pro se Plaintiff Calvin Leslie filed an application to proceed *in forma pauperis* (ECF

12   No. 1 ("IFP Application")), a civil rights complaint (ECF No. 1-1 ("Complaint")), and a

13   motion for counsel (ECF No. 1-2). Before the Court is the Report and Recommendation

14   ("R&R") of United States Magistrate Judge Carla L. Baldwin, recommending that the IFP

15   Application and motion for counsel be denied as moot, and the Complaint be dismissed

16   without prejudice and without leave to amend. (ECF No. 4.) Objections to the R&R were

17   due by December 10, 2025. To date, no objection has been filed. For that reason, and as

18   further explained below, the Court will adopt the R&R in full.

19          Because there was no objection, the Court need not conduct de novo review, and

20   is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328

21   F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and

22   recommendations is required if, but *only* if, one or both parties file objections to the

23   findings and recommendations.") (emphasis in original). In the R&R, Judge Baldwin

24   screens the Complaint under 28 U.S.C. § 1915A and recommends dismissal because

25   Leslie appears to challenge the constitutionality of his state court criminal conviction, but

26   because Leslie has not demonstrated that his conviction has been overturned to proceed

27   in an action under § 1983, his sole relief is a habeas corpus action. (ECF No. 4 at 3-5.)

28   The Court agrees with Judge Baldwin and adopts Judge Baldwin's recommendations.

1      It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF

2  No. 4) is accepted and adopted in full.

3      It is further ordered that Leslie's application to proceed *in forma pauperis* (ECF No.

4  1) and motion for counsel (ECF No. 1-2) are denied as moot.

5      It is further ordered that Leslie's Complaint (ECF No. 1-1) is dismissed without

6  prejudice and without leave to amend.

7      The Clerk of Court is directed to enter judgment accordingly and close this case.

8      DATED THIS 9th Day of January 2026.

10  _____

    MIRANDA M. DU

11  UNITED STATES DISTRICT JUDGE

2